COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Hunter S. Davidson, Esq.
Nevada Bar No. 14860
hsd@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COGBURN LAW OFFICE, LLC, a Nevada limited-liability company, and LORI CARTER-DAVIS, an individual, <br><br> Plaintiffs, <br> vs. <br><br> MEDICARE, a Federal Entity, NBC OPERATIONS, LLC d/b/a THE NECK AND BACK CLINICS, a Foreign Limited-Liability Company; LAS VEGAS RADIOLOGY, LLC, a Domestic Limited-Liability Company; THALGOTT, A PROFESSIONAL CORPORATION, a Domestic Professional Corporation d/b/a CENTER FOR DISEASES AND SURGERY OF THE SPINE; SAN MARTIN SURGERY CENTER, LLC, a Domestic Limited-Liability Company d/b/a DURANGO OUTPATIENT SURGERY CENTER; PBS ANESTHESIA, LLC, a Domestic Limited-Liability Company; and STEPHEN A. GEPHARDT, M.D., LTD d/b/a Nevada Pain Care Center, <br> Defendants. | Case No. 2:21-cv-01721-JAD-VCF <br><br> (Removed from Clark County District Court Case No. A-21-839472-C) <br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 4 |

WHEREAS, on August 13, 2021, Plaintiffs Cogburn Law Office, LLC and Lori Carter-Davis ("Plaintiffs") filed a Complaint in Interpleader, regarding $7,100.00 in settlement proceeds, against Defendants Medicare, NBC Operations, LLC d/b/a The Neck and Back Clinics ("Neck and Back Clinics"), Las Vegas Radiology, LLC ("Las Vegas Radiology"), Thalgott d/b/a Center for Diseases and Surgery of the Spine ("Center for Disease and Surgery"), San Martin Surgery Center, LLC d/b/a Durango Outpatient Surgery Center ("San Martin"), PBS Anesthesia, LLC ("PBS Anesthesia"), and Stephen Gephardt, M.D. LTD d/b/a Nevada Pain Care Center ("Nevada Pain Care Center").

WHEREAS, on August 31, 2021, Las Vegas Radiology disclaimed any and all interest in the settlement proceeds that are the subject of this interpleader action. This disclaimer of interest was filed on September 7, 2021.

WHEREAS, on September 9, 2021, Center for Disease and Surgery disclaimed any and all interest in the settlement proceeds that are the subject of this interpleader action. This disclaimer of interest was filed on the same day, September 9, 2021.

WHEREAS, on September 9, 2021, PBS Anesthesia disclaimed any and all interest in the settlement proceeds that are the subject of this interpleader action. This disclaimer of interest was filed on September 13, 2021.

WHEREAS, on September 14, 2021, Nevada Pain Care Center disclaimed any and all interest in the settlement proceeds that are the subject of this interpleader action. This disclaimer of interest was filed on the same day, September 14, 2021.

WHEREAS, on October 7, 2021, San Martin disclaimed any and all interest in the settlement proceeds that are the subject of this interpleader action. This disclaimer of interest was filed on the same day, October 7, 2021.

WHEREAS, Plaintiffs, Medicare, and Neck and Back Clinics are the only remaining parties asserting an interest in the settlement proceeds that are the subject of this interpleader action.

IT IS HEREBY STIPULATED, by and between Plaintiffs, Medicare, and Neck and Back Clinics, by and through their respective attorneys of record, that the $7,100.00 in settlement proceeds that are the subject of this interpleader action shall be apportioned and distributed as follows:

- $5,678.35 shall be apportioned to Medicare and made payable to the U.S. Department the Treasury – Coast, P.O. Box 979128, Saint Louis, MO 63197-9000;
- $500.00 shall be apportioned and distributed to Plaintiff Lori-Carter Davis;
- $411.15 shall be apportioned and distributed to Plaintiff Cogburn Law; and
- $510.50 shall be apportioned and distributed to Neck and Back Clinics.

IT IS FURTHER STIPULATED, by and betweeen Plaintiffs, Medicare, and Neck and Back, by and through their respective attorneys of record, that, subject to the aforementioned distributions, all claims and actions be dismissed against all parties with prejudice, each party to bear their own attorney fees and costs.

IT IS SO STIPULATED.

Dated this 13th day of October, 2021.

COGBURN LAW

By: /s/Hunter S. Davidson
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Hunter S. Davidson, Esq.
    Nevada Bar No. 14860
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiffs*

Dated this 14th day of October, 2021.

WILEY PETERSON

By: /s/Jonathan D. Blum
    Jonathan D. Blum, Esq.
    Nevada Bar No. 9515
    1050 Indigo Drive, Suite 200B
    Las Vegas, Nevada 89145
    *Attorneys for NBC Operations, LLC d/b/a The Neck and Back Clinics*

Dated this 13th day of October, 2021.

UNITED STATES ATTORNEY

By: /s/Stephen Hanson
    Christopher Chiou, Esq.
    Nevada Bar No. 14853
    Stephen R. Hanson II, Esq.
    501 Las Vegas Boulevard, So., Suite 1100
    Las Vegas, Nevada 89101
    *Attorneys for the United States of America*

## ORDER

Based on this stipulation **[ECF No. 4]** and good cause appearing,

IT IS HEREBY ORDERED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE

10-18-21
_____
DATE